FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 23 2013 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLY CODRINGTON,

                Plaintiff,

   -against-

CARCO GROUP,

                Defendant.
------------------------------------------------------------X

ORDER
13-CV-2780 (SJF)(AKT)

FEUERSTEIN, District Judge:

On May 8, 201, *pro se* plaintiff Kelly Codrington ("plaintiff") filed a complaint pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17, as amended, against her former employer, Carco Group ("defendant"). Accompanying the complaint is an application to proceed *in forma pauperis*. Upon review of plaintiff's application to proceed *in forma pauperis*, the Court finds that plaintiff's financial status qualifies her to commence this action without prepayment of the filing fee. Accordingly, the application to proceed *in forma pauperis* is granted pursuant to 28 U.S.C. § 1915 and the Court orders service of the summons and complaint without prepayment of the filing fee.

The Clerk of the Court is directed to forward to the United States Marshal for the Eastern District of New York copies of plaintiff's summons, complaint, and this Order for service upon the defendant without prepayment of fees. Furthermore, the Clerk is directed to mail a copy of this Order to the plaintiff.

SO ORDERED.

                                              s/ Sandra J. Feuerstein
                                              Sandra J. Feuerstein
                                              United States District Judge

Dated:     May 23, 2013
             Central Islip, New York